

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00029-CV

**IN RE MASTEC, INC.**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: February 5, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On January 13, 2025, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-11477, styled *Sydney Epley v. Mastec, Inc.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.